UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS, <br><br> Plaintiff, <br><br> v. <br><br> URBAN FOUNDATIONS COMPANY, INC., <br><br> Defendant. | Civil Action No. <br><br> **PLAINTIFF MCI COMMUNICATIONS SERVICES, INC, d/b/a VERIZON BUSINESS' RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, MCI Communications Services, Inc., d/b/a Verizon Business ("VzB") certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1.    MCI Communications Services, Inc., d/b/a Verizon Business is a wholly-owned subsidiary of Verizon Business Network Services, Inc. ("VBNS").

2.    VBNS is a wholly-owned subsidiary of MCI Communications Corporation ("MCC").

3.    MCC is a wholly-owned subsidiary of Verizon, LLC.

4.    Verizon Communications, Inc., is the sole member of Verizon, LLC.

5.    Verizon Communications, Inc. is a publicly traded company.

Dated:    New York, New York
         January 3, 2008

Respectfully submitted,

Lisa Lombardo [LL-2532]
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980

*Attorneys For Plaintiffs*
*Level 3 Communications, L.L.C. and*
*MCI Communications Services, Inc.,*
*d/b/a Verizon Business*

And, of counsel,

James J. Proszek, *Pro Hac Vice* pending
Kimberly R. Schutz, *Pro Hac Vice* pending
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

#1256566 v1
057079-61699