UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,

                    Plaintiff,

-against-

URBAN FOUNDATION COMPANY, INC.,

                    Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No.
08-CV-00036

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF ALBANY     )

     **MARCO B. KOSHYKAR**, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen (18) years of age and resides in the County of Albany, New York.

     That on **January 9, 2007**, deponent served true copies of the within Summons in a Civil Case and Complaint bearing Civil Action No. 08-CV-00036 upon **Urban Foundation Company, Inc.,** pursuant to Business Corporation Law Section 306 by personally delivering two (2) copies each of same to, and leaving said copies with, *Donna Christie, Business Document Specialist*, a person of suitable age and discretion authorized to accept service on behalf of the defendant at 12:35 p.m. at the Secretary of State, Division of Corporations located at 41 State Street, 2nd Floor, Albany, New York 12207.

     A description of said person is as follows:

| | | | | | |
|---|---|---|---|---|---|
| App. Wt: | 145 | App. Ht.: | 5'2" | Skin: | White |
| Sex: | Female | App. Age: | 45 | Hair: | Blonde |

Other: deponent paid Filing Fee: $40.00

                                                     _____
                                                     MARCO B. KOSHYKAR

Sworn to before me this
9th day of January, 2008

_____
Notary Public
54721

LUCY AGUILAR
Notary Public, State of New York
No. 01AG6116519
Qualified in Rensselaer County
Commission Expires October 4, 2025