UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MCI COMMUNICATIONS SERVICES, INC. d/b/a
VERIZON BUSINESS,

                Plaintiff,

  -against-

URBAN FOUNDATION COMPANY, INC.,

                Defendant.
------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

08 CV 00036
(Magistrate Rakoff)
(Judge Marrero)

     Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for URBAN FOUNDATION COMPANY, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

     NONE.

Dated: New York, New York
       February 12, 2008

                                  Yours etc.,
                                  The Law Offices of Edward Garfinkel
                                  Attorneys for Defendant
                                  URBAN FOUNDATION COMPANY, INC.

                                  By: _____
                                     Marc Silverstein (MS-8229)
                                110 William Street
                                New York, New York 10038-3901
                                (212) 809-8000
                                Our File No.: NYNY 27159

TO:

GIBBONS PC
Attorneys for Plaintiff
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
By: Lisa Lombardo (LL-2532)

Of Counsel:
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
(918) 594-0400
James J. Proszek
Kimberly R. Schutz

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Patricia Mariano, being duly sworn, deposes and says: That she is not a party to this action, is over 18 years of age and resides in New Jersey.

On February 13, 2008, she served the within RULE 7.1 DISCLOSURE upon the attorneys whose names and addresses are set forth below by enclosing a true copy thereof in a securely sealed envelope/container, with proper postage, addressed to their respective offices, and by depositing the same in an official box of the U.S. Post Office regularly maintained by the United States Government at 110 William Street, New York, New York 10038-3901.

TO:

GIBBONS PC
Attorneys for Plaintiff
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
By: Lisa Lombardo (LL-2532)

Of Counsel:
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, OK 74103-3708
(918) 594-0400

_Patricia Mariano_
Patricia Mariano

Sworn to before me this
13 day of February, 2008

_Notary Public_
Notary Public

WENDY ARROYO
NOTARY PUBLIC, State of New York
No. 01AR6148845
Qualified in Kings County
Commission Expires July 3, 20_10_

*NYNY 27159*
*MCI Communications v. Urban Foundations, et al.*
*CIV Number: 08 CV 00036*