UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS,<br><br>   Plaintiff,<br><br> v.<br><br>URBAN FOUNDATIONS, INC.,<br><br>   Defendant. | ECF CASE<br><br><br>Civil Action No. 08-cv-0036-JSR<br><br>**NOTICE OF ADDRESS CHANGE** |

  Please take notice of the following change of address information.  Telephone and e-mail contact information has not changed.

New Address:  **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
       320 South Boston Avenue, **Suite 200**
       Tulsa, OK  74103-**3706**
       Telephone: (918) 594-0400
       Facsimile: (918) 594-0505

Old Address:  **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
       320 South Boston Avenue, Suite 400
       Tulsa, OK  74103-3708
       Telephone: (918) 594-0400
       Facsimile: (918) 594-0505

         s/ Kimberly R. Schutz
       James J. Proszek, *Pro Hac Vice*
       Kimberly R. Schutz, *Pro Hac Vice*
       **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
       320 South Boston Avenue, Suite 200
       Tulsa, OK  74103-3706
       Telephone (918) 594-0400
       Facsimile (918) 594-0505

-2-

and

Lisa Lombardo [LL-2532]
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
Telephone (212) 613-2000
Facsimile (212) 333-5980

**ATTORNEYS FOR PLAINTIFF
MCI COMMUNICATIONS SERVICES,
INC., d/b/a VERIZON BUSINESS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2008 the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marc Silverstein
The Law Offices of Edward Garfinkel
110 William Street, 17th Floor
New York, NY  10038-3901

s/ Kimberly R. Schutz

837006.1:915100:01426