# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MCI COMMUNICATIONS SERVICES, INC. D/B/A
VERIZON BUSINESS,,

      Plaintiff(s),

      v.

URBAN FOUNDATIONS, INC. AND JET-DRIVE
GENERAL MARINE CONTRACTING CO. INC.,

      Defendant(s).

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08-CV-00036-JSR

TO: (Name and Address of Defendant)

    Jet-Drive General Marine Contracting Co., Inc.
    c/o New York Department of State
    One Commerce Plaza
    99 Washington Ave.
    Albany, New York 12231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lisa Lombardo
    GIBBONS, PC
    One Pennsylvania Plaza, 37th Floor
    New York, NY 10119-3701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

April 14, 2008
DATE

Summons in a Civil Action

AO-440 Modified (12/05)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/15/08 |
| NAME OF SERVER (PRINT) Colleen Kearney | TITLE Receptionist |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Return Executed: _____

☒ Other (specify): Service upon NYS Sec. of State pursuant to NYS BCL § 306. Served Donna Christie, Business Document Specialist.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/15/08
                  Date

Signature of Server  C. Kearney

Address of Server  Nolan & Heller, LLP
39 N. Pearl St. 3rd Fl.
Albany, NY 12207

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Summons in a Civil Action                                              AO-440 Modified (12/05)