UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MCI COMMUNICATIONS SERVICES, INC. d/b/a
VERIZON BUSINESS,

                     Plaintiff,

-against-

URBAN FOUNDATIONS, INC. and JET-DRIVE
GENERAL MARINE CONTRACTING CO. INC.,

                     Defendants.
------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

08-CV-00036
(JSR)

      Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JET-DRIVE GENERAL MARINE CONTRACTING CO., INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

      NONE.

Dated: New York, New York
       May 2, 2008

                              Yours etc.,
                              The Law Offices of Edward Garfinkel
                              Attorneys for Defendants,
                              URBAN FOUNDATIONS, INC. and JET-DRIVE GENERAL MARINE CONTRACTING CO., INC.

                              By: _____
                                  Marc Silverstein (MS-8229)
                              110 William Street
                              New York, New York 10038-3901
                              (212) 809-8000
                              Our File No.: NYNY-27159

TO:

GIBBONS PC
Attorneys for Plaintiffs
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
By: Lisa Lombardo (LL-2532)

HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
(918) 594-0400

L:\ms48\27159\Rule7.1Disclosure.doc