UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MCI COMMUNICATIONS SERVICES, INC. d/b/a : Index No.: 08-cv-0036
VERIZON BUSINESS, :
                                        Plaintiff, : **CONSENT TO CHANGE**
                                                  : **ATTORNEY**
   -against-  :
 :
URBAN FOUNDATION/ENGINEERING, LLC. :
 :
 :
                                      Defendants.
------------------------------------------------------------------ X

**IT IS HEREBY CONSENTED THAT** the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 3 Gannett Drive, White Plains, New York, 10604, be substituted as the attorneys of record for URBAN FOUNDATION/ENGINEERING, LLC. in the above entitled action in the place and stead of THE LAW OFFICES OF EDWARD GARFINKEL, as of the date hereof, and that this substitution is effective without further notice.

Dated:   White Plains, New York
            August 8, 2008

WILSON, ELSER, MOSKOWITZ,                THE LAW OFFICES
  EDELMAN & DICKER LLP                       OF EDWARD GARFINKEL

By: _____                     By: _____
    William Wingertzahn, Esq. WW7687          Marc Silverstein, Esq.
    Incoming Attorneys for Defendant            Outgoing Attorneys for Defendant
    URBAN FOUNDATION/                          URBAN FOUNDATION/
    ENGINEERING, LLC.                              ENGINEERING, LLC.
    3 Gannett Drive,                                     110 William Street,
    White Plains, New York 10604                  New York, New York 10038
    (914) 323-7000                                       (212) 809-8000
    File No.:10892.00024

2075332.1