UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MCI COMMUNICATIONS SERVICES, INC. d/b/a : Index No.: 08-cv-0036
VERIZON BUSINESS,
            :
                    Plaintiff,    : **CONSENT TO CHANGE**
                                  : **ATTORNEY**
     -against-                    :
                                  :
URBAN FOUNDATION/ENGINEERING, LLC. :
                                  :
                    Defendants.
-------------------------------------------------------------- X

IT IS HEREBY CONSENTED THAT the law offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 3 Gannett Drive, White Plains, New York, 10604, be substituted as the attorneys of record for URBAN FOUNDATION/ENGINEERING, LLC. in the above entitled action in the place and stead of THE LAW OFFICES OF EDWARD GARFINKEL, as of the date hereof, and that this substitution is effective without further notice.

Dated:    White Plains, New York
          August 8, 2008

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | THE LAW OFFICES OF EDWARD GARFINKEL |
|---|---|
| By: _____ William Wingertzahn, Esq. WW 7687 Incoming Attorneys for Defendant URBAN FOUNDATION/ ENGINEERING, LLC. 3 Gannett Drive, White Plains, New York 10604 (914) 323-7000 File No.:10892.00024 | By: _____ Marc Silverstein, Esq. Outgoing Attorneys for Defendant URBAN FOUNDATION/ ENGINEERING, LLC. 110 William Street, New York, New York 10038 (212) 809-8000 |

URBAN FOUNDATION/ENGINEERING, LLC.

By: _____

STATE OF NY  new york    }
                         } ss:
COUNTY OF  Queens        }

On the 12th day of August, 2008, before me personally came Haymi Kuriel, a representative for URBAN FOUNDATION/ENGINEERING, LLC., to be known, and known to me to be the same person described in and who executed the foregoing Consent to Change Attorney and acknowledged to me that he executed the same.

_____
Notary Public

HARRIET BILOFSKY
Notary Public State Of New York
No. 01BI5019620
Qualified in Bronx County
My Commission Expires March 30, 2010

2075332.1